IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | CRIMINAL FILE NO. NO. 1:19-CR-221-2-TWT |
| QUENTIN TRULEY, | |
| Defendant. | |

## ORDER

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 42] of the Magistrate Judge recommending denying the Defendant Truley's Motion to Suppress [Doc. 33] and Amended Motion to Suppress [Doc. 36]. No objections to the Report and Recommendation have been filed. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant Truley's Motion to Suppress [Doc. 33] and Amended Motion to Suppress [Doc. 36] are DENIED.

SO ORDERED, this 27 day of March, 2020.

/s/ Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge